**OHIO CLOVERLEAF DAIRY CO. v. COM-
MISSIONER OF INTERNAL REVENUE.**

Nos. 5463, 5464.

Circuit Court of Appeals, Sixth Circuit.

Jan. 6, 1930.

Marshall, Melhorn, Marlar & Martin, of
Toledo, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for
respondent.

PER CURIAM.

Dismissed pursuant to agreed motion of
counsel.

**OTIS ELEVATOR CO. and Graham & Norton
Company v. Fred GIRARD, Adm'r.**

No. 5377.

Circuit Court of Appeals, Sixth Circuit.

March 5, 1930.

Angell, Turner & Dyer and Howard Mc-
Dermott, all of Detroit, Mich., for appel-
lants.

Corliss, Leete & Moody, of Detroit, Mich.,
for appellee.

PER CURIAM.

Judgment of District Court reversed, and
cause remanded for new trial.

**PACIFIC STEAMSHIP COMPANY, a Corpo-
ration, et al., Claimants of the American
Steamship RUTH ALEXANDER, etc., Appel-
lants, v. UNITED STATES of America, Ap-
pellee.**

No. 6137.

Circuit Court of Appeals, Ninth Circuit.

April 28, 1930.

Before RUDKIN and WILBUR, Circuit
Judges.

PER CURIAM.

Upon stipulation of proctors for the re-
spective parties, ordered appeal dismissed.

**Emile PARIZO, Plaintiff in Error, v. UNITED
STATES of America, Defendant in Error.**

No. 317.

Circuit Court of Appeals, Second Circuit.

May 5, 1930.

Joseph A. McNamara and Guy M. Page,
both of Burlington, Vt., for plaintiff in error.

Harry B. Amey, U. S. Atty., of Burling-
ton, Vt.

Before MANTON, L. HAND, and
CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**Joseph PARIZO, Plaintiff in Error, v. UNITED
STATES of America, Defendant in Error.**

No. 318.

Circuit Court of Appeals, Second Circuit.

May 5, 1930.

Joseph A. McNamara and Guy M. Page,
both of Burlington, Vt., for plaintiff in error.

Harry B. Amey, U. S. Atty., of Burling-
ton, Vt.

Before MANTON, L. HAND, and
CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.